

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                      JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

March 12, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-13-00534-CV
        Trial Court Case Number:      D-1-GN-10-003983

Style:   The Railroad Commission of Texas
         v. Texas Gas Service Company, a Division of ONE Gas, Inc.

Dear Honorable Velva L. Price:

        The Third Court of Appeals has issued the mandate in this cause.  Therefore, I am returning the following original exhibits:

        1 box of administrative record.

                                        Very truly yours,

                                        Jeffrey D. Kyle, Clerk

**Filed In The District Court
of Travis County, Texas**

**MAR 1 2 2015**

At_____M.
Velva L. Price, District Clerk